**Order entered February 11, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00967-CV

**CITY OF DALLAS, TEXAS, Appellant**

**V.**

**KEVIN MICHAEL WILLIS, ET AL., Appellees**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-200-95**

## ORDER

The Court has before it appellant's February 6, 2013 unopposed motion for extension of time to file its reply brief. The Court **GRANTS** the motion and **ORDERS** that any reply brief be filed by March 13, 2013.

/s/     ELIZABETH LANG-MIERS
JUSTICE